UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE DAVIS,<br><br>   Plaintiff,<br><br>  v.<br><br>FBI, et al.,<br><br>   Defendants. | Case No. 22-cv-09066-SI<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT**<br><br>Re: Dkt. No. 15 |

Before the Court is Magistrate Judge Beeler's Report and Recommendation recommending that the Court dismiss this matter without leave to amend. Dkt. No. 15. For the reasons discussed below, the Court hereby **ADOPTS** Judge Beeler's Report and Recommendation and **DISMISSES** plaintiff's complaint with prejudice and without leave to amend.

On December 20, 2022, plaintiff filed the instant complaint alleging a conspiracy between the FBI and San Francisco Mayor London Breed to give Mayor Breed plaintiff's retroactive SSA payments to produce a movie. Compl., ECF No. 1 at 3. The complaint also alleges Mayor Breed and her son are attempting to assassinate plaintiff and harassing his fiancée. *Id.* at 4–9.

Plaintiff represents himself and filed an application to proceed in forma pauperis, which Judge Beeler granted. Dkt. Nos. 3 (motion to proceed in forma pauperis), 5 (order granting motion). Because not all parties have appeared in the case and consented to magistrate-judge jurisdiction, Judge Beeler issued an order reassigning the case. Dkt. No. 15. Judge Beeler also issued a report and recommendation recommending that the complaint be dismissed without leave to amend pursuant to the Court's obligation to screen in forma pauperis complaints for minimal legal viability. *Id.*; *see* 28 U.S.C. § 1915(e)(2)(B).

The report and recommendation found that plaintiff's allegations are not plausible and

observed that plaintiff has filed numerous cases making the same allegations, all of which have been dismissed.  *See* Dkt. No. 15 at 5.

Judge Beeler's report and recommendation was filed on July 13, 2023.  *Id.*  No objection has been made.

The Court agrees with Judge's Beeler's reasoning and hereby **ADOPTS** Judge Beeler's report and recommendation.  The Court finds that amendment would be futile.  The complaint is **DISMISSED with prejudice and without leave to amend.**

**IT IS SO ORDERED**.

Dated: August 10, 2023

SUSAN ILLSTON
United States District Judge