UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE DAVIS, <br><br>         Plaintiff, <br><br>    v. <br><br> FBI, et al., <br><br>         Defendants. | Case No. 22-cv-09066-SI <br><br> **JUDGMENT** |

The Court has dismissed the complaint without leave to amend.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated:  August 10, 2023

_____
SUSAN ILLSTON
United States District Judge